

# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2016

No. 04-16-00169-CV

**IN THE INTEREST OF C.J.P. A CHILD**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-13590
Honorable Larry Noll, Judge Presiding

# O R D E R

The appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to July 11, 2016.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2016.

_____
Keith E. Hottle
Clerk of Court